# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**TIMOTHY R. JONES, JR.**                                                                      **PLAINTIFF**

**VS.**                                                      **CAUSE NO. 3:09cv177HTW-LRA**

**RICHARD N. HANCOCK, INDIVIDUALLY;**
**KEVIN GOZA, INDIVIDUALLY;**
**AND DENNIS MCADORY, INDIVIDUALLY**                      **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendants with prejudice, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

Any pending motions are denied as moot.

ORDERED AND ADJUDGED THIS THE 27th DAY OF APRIL, 2010.

                                         s/ HENRY T. WINGATE
                                         CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

AGREED TO BY:

/s/ Ashley Ogden
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye
ATTORNEY FOR DEFENDANTS RICHARD
N. HANCOCK AND KEVIN GOZA

/s/ J. Stuart Robinson, Jr.
ATTORNEY FOR DEFENDANT DENNIS MCADORY